AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of California

|   |   |
|---|---|
| Whitewater West Industries, LTD., | ) |
| *Plaintiff* | ) |
| v. | ) |
| Pacific Surf Designs, Inc. and Flow Services, Inc. | ) |
| *Defendant* | ) |

Case No.   3:17-cv-01118-BEN (BLM)

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Pacific Surf Designs, Inc. and Flow Services, Inc.                                    .

Date:      10/30/2019

/s/ Joseph E. Thomas
*Attorney's signature*

Joseph E. Thomas (101443)
*Printed name and bar number*

18101 Von Karman Avenue, Suite 230
Irvine, California 92612-7132
*Address*

jthomas@twtlaw.com
*E-mail address*

(949) 679-6400
*Telephone number*

(949) 679-6405
*FAX number*

JOSEPH E. THOMAS (State Bar No. 101443)
WILLIAM J. KOLEGRAFF (State Bar No. 183861)
**THOMAS, WHITELAW & KOLEGRAFF LLP**
18101 Von Karman Avenue, Suite 230
Irvine, California 92612-7132
Telephone:     (949) 679-6400
Facsimile:     (949) 679-6405

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER WEST INDUSTRIES, LTD., a Canadian Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> PACIFIC SURF DESIGNS, INC., a Delaware Corporation, and FLOW SERVICES, a California Corporation, , <br><br> Defendants. | CASE NO. 3:17-CV-01118-BEN (BLM) <br><br> **CERTIFICATE OF SERVICE** <br><br> The Hon. Roger T. Benitez <br><br><br> Trial Date:      December 3, 2019 |

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on October 30, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

Dated October 30, 2019          By:      /s/ Joseph E. Thomas
                                        JOSEPH E. THOMAS
                                        Attorney for Defendant