```
11:18:09   1                   UNITED STATES DISTRICT COURT

           2              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

           3

           4   WHITEWATER WEST INDUSTRIES, LTD.,  .
               A CANADIAN CORPORATION,            .
           5                                      .
                    PLAINTIFF,                    . NO. 17-CV-1118
           6                                      .
                        V.                        . DECEMBER 18, 2019
           7                                      .
               PACIFIC SURF DESIGNS, INC., A      . SAN DIEGO, CALIFORNIA
           8   DELAWARE CORPORATION, AND FLOW     .
               SERVICES, INC., A CALIFORNIA       . JURY TRIAL - DAY 9
           9   CORPORATION,                       .
11:18:09                                          .
          10        DEFENDANTS.                   .
               . . . . . . . . . . . . . . . . . ..
          11                   TRANSCRIPT OF JURY TRIAL - VOLUME 9
                           BEFORE THE HONORABLE ROGER T. BENITEZ
          12                    UNITED STATES DISTRICT JUDGE

          13   APPEARANCES:

          14   FOR THE PLAINTIFF:       SNELL & WILMER LLP
                                        BY: WILLIAM S. O'HARE
          15                            600 ANTON BLVD., 1400
                                        COSTA MESA, CALIFORNIA   92626
          16
                                        BUCHALTER, APC
          17                            BY: ROGER L. SCOTT
                                        18400 VON KARMAN AVENUE, SUITE 800
          18                            IRVINE, CALIFORNIA   92612

          19   FOR THE DEFENDANTS:      THOMAS WHITELAW & KOLEGRAFF LLP
                                        BY: JOSEPH E. THOMAS
          20                            18101 VON KARMAN AVENUE, SUITE 230
                                        IRVINE, CALIFORNIA   92612
          21
               COURT REPORTER:          JULIET Y. EICHENLAUB, RPR, CSR
          22                            USDC CLERK'S OFFICE
                                        333 WEST BROADWAY, ROOM 420
          23                            SAN DIEGO, CALIFORNIA   92101
                                        JULIET_EICHENLAUB@CASD.USCOURTS.GOV
          24
               REPORTED BY STENOTYPE, TRANSCRIBED BY COMPUTER
          25
```

```
11:18:09   1            SAN DIEGO, CALIFORNIA; DECEMBER 18, 2019; 11:18 A.M.
           2                                  -O0o-
           3       (THE FOLLOWING PROCEEDINGS WERE HELD OUTSIDE THE PRESENCE OF
           4       THE JURY PANEL.)
           5            THE COURT:  ALL RIGHT.  I'M SORRY TO HAVE DRAGGED YOU
           6       BACK HERE, BUT I RECEIVED A QUESTION.  FIRST, THE QUESTION WAS
           7       RELAYED THROUGH ONE OF MY BAILIFFS, EVEN THOUGH I TOLD THE JURY
           8       THAT THEY'RE NOT TO COMMUNICATE WITH ME IN ANY WAY EXCEPT FOR
           9       BY A WRITTEN NOTE.  SO I REQUESTED THAT MY BAILIFF ASK THEM TO
          10       SEND ME A NOTE.  SO I HAVE A NOTE THAT SAYS THE FOLLOWING, IT
          11       SAYS:  MAY WE PLEASE HAVE A LIST OF EXHIBITS TO REFER TO WHEN
          12       SEARCHING FOR A SPECIFIC EXHIBIT?  IT'S SIGNED BY JUROR NUMBER
          13       6 AND JUROR NUMBER 13.
          14            NOW AS I UNDERSTAND IT, THE ONLY LIST OF EXHIBITS
11:19:47  15       THAT WE HAVE IS A LIST OF EXHIBITS THAT INCLUDES THOSE THAT
          16       HAVE BEEN ADMITTED AND THOSE THAT HAVE NOT BEEN ADMITTED.  AND
          17       I'M NOT SURE THAT'S CORRECT OR NOT SO...
          18            MR. O'HARE:  WE ACTUALLY SUBMITTED A LIST OF ALL THE
          19       EXHIBITS, AND THEN WE ALSO SUBMITTED A SEPARATE LIST OF
          20       EXHIBITS TO BE ADMITTED, BUT IT JUST HAS THE EXHIBIT NUMBERS ON
          21       IT; IT DOESN'T HAVE ANY KIND OF DESCRIPTION.
          22            THE COURT:  OKAY.  GLENN, DO WE HAVE THAT LIST?
          23            THE CLERK:  YOUR HONOR, THERE'S A TOTAL OF THREE
          24       LISTS, ONE FROM THE PLAINTIFFS, ONE FROM THE DEFENSE.  THAT'S
          25       WHAT I'VE BEEN TRACKING THE EXHIBITS AS WE WENT ALONG.  THE
```

```
11:20:31   1   THIRD EXHIBIT WAS A JOINT EXHIBIT LIST THAT WAS FILED, BUT AS
           2   PLAINTIFF COUNSEL SAID IT JUST HAS NUMBERS.  MY EXHIBIT LIST
           3   HAS A LOT OF EXHIBITS WHERE THEY WEREN'T EVEN MENTIONED.
           4            THE COURT:  SAY THAT AGAIN.
           5            THE CLERK:  MY EXHIBIT LIST HAS EXHIBITS THAT WERE
           6   NOT EVEN MENTIONED IN COURT.  SO IF WE GIVE THAT TO THE JURY,
           7   THEY'RE GOING TO BE --
           8            THE COURT:  I SEE.
           9            THE CLERK:  YEAH.
          10            THE COURT:  ALL RIGHT.  SO I WONDER IF A LIST THAT
          11   SIMPLY HAS THE NUMBERS WOULD BE SUFFICIENT FOR THEM.
          12            MR. O'HARE:  WELL, IT'S WHAT WE'VE GOT AT THE MOMENT.
          13   I SUPPOSE WE COULD GENERATE -- COULD WE GENERATE A LIST OF
          14   THOSE ADMITTED EXHIBITS WITH SOME BASIC DESCRIPTION, WHICH IS
11:21:22  15   WHAT I ASSUME WHAT THEY'RE LOOKING FOR, TAKING THE DESCRIPTION
          16   OFF THE BIG EXHIBIT LIST THAT HAS EVERYTHING?
          17            MR. THOMAS:  WE -- I THINK WHAT I WOULD SUGGEST IS
          18   GIVE THEM THE LIST WITH THE NUMBERED EXHIBITS FOR NOW AND MAYBE
          19   GIVE THEM AN INDICATION THAT WE'RE GOING TO PROVIDE A LIST WITH
          20   THE DESCRIPTIONS.
          21            MR. PERRAULT:  YOUR HONOR, THEY ALREADY HAVE ON THE
          22   DRIVE THAT'S PLUGGED INTO THE MONITOR THAT LIST WITH JUST THE
          23   NUMBERS IS ALREADY ON THAT.
          24            THE COURT:  OKAY.  THEY ALREADY HAVE THAT LIST.
          25            MR. PERRAULT:  RIGHT, AND THAT'S NOT HELPING THEM
```

```
11:21:58   1  LOCATE WHAT THEY'RE LOOKING FOR.
           2          THE COURT:  SO HOW ABOUT IF I SEND THEM BACK IN
           3  WRITING AN ANSWER THAT SAYS WE'RE GOING TO TRY TO GENERATE A
           4  LIST FOR THEM; ACCEPTABLE?
           5          MR. THOMAS:  THAT'S ACCEPTABLE TO ME, YOUR HONOR.
           6          MR. O'HARE:  OKAY.  WE'VE GOT AN OFFICE A BLOCK AWAY
           7  SO WE'LL FIGURE OUT A WAY TO TAKE THAT SHORTER LIST OF ADMITTED
           8  EXHIBITS AND CARRY OVER THE --
           9          THE COURT:  OR YOU KNOW, MY LAW CLERK WILL BE HAPPY
          10  TO HELP YOU IF YOU THINK WE COULD DO IT HERE SO YOU DON'T HAVE
          11  TO WALK -- BUT THE CHOICE IS YOURS.
          12          MR. O'HARE:  I DON'T KNOW WHAT WOULD BE QUICKER
          13  ACTUALLY.
          14          MR. SCOTT:  EITHER WAY, I THINK THE PARTIES SUBMITTED
11:22:45  15  AN ENTIRE JOINT LIST OF EVERYTHING ADMITTED OR NOT AND
          16  BASICALLY IT WOULD BE A MATTER OF CULLING THAT LIST DOWN TO THE
          17  LIST OF EXHIBITS THAT WE ALL AGREED WOULD BE ADMITTED.  SO IT
          18  WOULD JUST BE DELETING ITEMS OUT.
          19          THE COURT:  SO IF WE JUST BLOCKED OUT THE ITEMS NOT
          20  ADMITTED, REDACT THOSE, WE COULD DO IT WITH A SHARPIE.  IT
          21  DOESN'T HAVE TO BE ANYTHING FANCY.
          22          MR. SCOTT:  THAT WOULD BE ONE WAY TO DO IT.
          23          MR. O'HARE:  SO WE HAVE THE JOINTLY SUBMITTED LIST OF
          24  EVERYTHING THAT'S BEEN ADMITTED, AND THE BIG LIST WE COULD
          25  MANUALLY GO THROUGH THAT EXERCISE.
```

```
11:23:20   1              THE COURT:  OKAY.  LET'S DO THAT.  THEN WE CAN DO IT
           2   HERE AND YOU DON'T HAVE TO GO BACK TO YOUR OFFICE AND TAKE THE
           3   EXTRA TIME.  ALL RIGHT.
           4              MR. THOMAS:  THAT'S FINE, YOUR HONOR.
           5              THE COURT:  OKAY.  GREAT.  I'M GOING TO SEND A NOTE
           6   BACK TO THE JURY TELLING THEM THAT WE'RE GOING TO TRY TO
           7   GENERATE A LIST.  OKAY.
           8              THE CLERK:  YOUR HONOR, WHAT TIME DO YOU WANT TO SEND
           9   THEM OUT TO LUNCH?
          10              THE COURT:  WHAT TIME IS IT NOW?
          11              MR. THOMAS:  20 AFTER 11:00.
          12              THE COURT:  12:00.  YEAH, 12:00.  I'LL SEND THEM OUT
          13   TO LUNCH AT 12:00.
          14              MR. O'HARE:  SO IF WE COULD BE PROVIDED WITH A COPY
11:23:58  15   OF THAT SO WE'RE ALL WORKING OFF THE SAME PAGE, THE LIST THAT
          16   THE COURT HAS OF ALL THE EXHIBITS AND THEN THE SEPARATE LIST OF
          17   JUST THE ADMITTED EXHIBITS AND A SHARPIE.
          18              THE CLERK:  YOUR HONOR, THE JOINT EXHIBIT LIST IS
          19   DOCUMENT 340 ON THE DOCKET.
          20              THE COURT:  FINE.  PRINT IT OUT.  PRINT TWO COPIES
          21   OUT.
          22              THE CLERK:  ALL COUNSEL HAS TO DO IS GO BACK INTO THE
          23   WORD PERFECT FORMAT, DELETE THE ROWS THAT ARE --
          24              THE COURT:  I'M SORRY, THAT SOUNDS COMPLICATED.  JUST
          25   GIVE THEM TWO COPIES OF THAT AND A COPY OF THE ADMITTED
```

```
11:24:33   1   EXHIBITS; THEY WILL GET TOGETHER; THEY WILL TAKE A SHARPIE;
           2   THEY'LL GO THROUGH IT; THEY'LL REDACT THE ONES --
           3           THE CLERK:  THAT'S WHAT I'M SAYING, YOUR HONOR.
           4   WHAT'S ON THE JOINT EXHIBIT LIST, THEY HAVE IT.  IT'S ON THE
           5   FLASH DRIVE.  THEY HAVE IT.
           6           THE COURT:  THEY HAVE A LIST OF THE ONES THAT HAVE
           7   NOT BEEN ADMITTED?
           8           THE CLERK:  NO.  WHAT'S ON THE FLASH DRIVE COINCIDES
           9   WITH JOINT EXHIBIT LIST DOCUMENT 340.  SO THEY HAVE WHAT IS ON
          10   THIS LIST WHICH ARE JUST NUMBERS AS YOU SEE HERE.  THEY HAVE
          11   THAT ON THE USB FLASH DRIVE ON THE COMPUTER THERE.
          12           THE COURT:  YEAH.
          13           THE CLERK:  SO THEY HAVE NO IDEA WHAT -- THEY HAVE NO
          14   IDEA WHAT IS NOT ADMITTED.
11:25:20  15           THE COURT:  FINE.
          16           MR. SCOTT:  YOUR HONOR, IF I MAY, THERE WERE TWO
          17   JOINT EXHIBIT LISTS SUBMITTED.  ONE WAS A JOINT EXHIBIT LIST OF
          18   EVERYTHING IN THE ENTIRE UNIVERSE, AND THE SECOND ONE THAT MR.
          19   RIVERA IS REFERRING TO IS JUST THE ONES TO BE ADMITTED THAT
          20   ONLY HAD NUMBERS.  SO WE NEED BOTH THOSE LISTS PRINTED OUT, AND
          21   THEN WE CAN REDACT OFF THE LARGER LIST.
          22           THE CLERK:  WHICH COUNSEL HAS.  I'M GETTING THESE
          23   FROM COUNSEL.
          24           MR. O'HARE:  WE DO NOT HAVE A PHYSICAL --
          25           MR. THOMAS:  WE'D LIKE TO GET A PRINTOUT OF THE
```

```
11:25:51   1   ADMITTED LIST WITH NUMBERS AND A COPY OF THE JOINT EXHIBIT LIST
           2   THAT HAS EVERYTHING THAT NEEDS TO BE REDACTED.
           3            THE COURT:  YES, PLEASE DO IT.  THANK YOU.
           4            ALL RIGHT.  AND AT NOON I WILL BRING THEM IN, I WILL
           5   SEND THEM OUT FOR LUNCH FOR A HALF HOUR, LET THEM BE ON THEIR
           6   OWN, GET SOME FRESH AIR.  I'LL ADMONISH THEM AND HAVE THEM COME
           7   BACK AT 12:30, HAVE THEM COME RIGHT ON IN, STRAIGHT ON IN.  DO
           8   ME A FAVOR, DELIVER THAT TO THE JURY FOR ME.  I GUESS I BETTER
           9   SIGN IT.
          10            (RECESS.)
          11            THE COURT:  WELL, DID WE MAKE ANY PROGRESS?
          12            MR. THOMAS:  PRETTY CLOSE.
          13            THE COURT:  PRETTY CLOSE.  OKAY.  HERE IS WHAT I'M
          14   GOING TO DO:  I'M GOING TO SEND THE JURORS OUT FOR A 30-MINUTE
12:06:34  15   LUNCH, GET SOME FRESH AIR, AND I'LL TELL THEM THAT BY THE TIME
          16   THEY COME BACK WE'LL HAVE A LIST READY FOR THEM.  BY THE WAY,
          17   ONCE AGAIN THEY COMMUNICATED THROUGH MY BAILIFF, NOT A WRITTEN
          18   NOTE, THAT APPARENTLY THE LIST IS NOT AS URGENT AS THEY HAD
          19   INDICATED.  SO ANYWAY -- ALL RIGHT.  BRING THEM IN.
          20            (JURY PRESENT.)
          21            THE COURT:  OKAY.  WELCOME BACK.  WELL, IT'S A LITTLE
          22   AFTER NOON, AND I TOLD YOU YESTERDAY THAT TODAY YOU WOULD BE ON
          23   YOUR OWN FOR LUNCH.  SO I'M GOING TO SEND YOU OUT FOR A HALF
          24   HOUR LUNCH IF YOU WANT TO.  IF YOU DON'T WANT TO, YOU DON'T
          25   HAVE TO, BUT I'M GIVING YOU A HALF HOUR LUNCH TO GO OUT AND GET
```

```
12:08:28   1  SOME FRESH AIR, AND THEN COME BACK AFTER YOU'VE HAD LUNCH.  SO
           2  I'LL ASK THAT YOU JUST COME STRAIGHT IN, JUST GO BACK INTO THE
           3  JURY LOUNGE.  I'M NOT GOING TO BE HERE.  SO JUST WALK ON IN AT,
           4  LET'S SAY, 12:40.  HOW IS THAT?  12:40.
           5              IN THE MEANTIME THOUGH, I KNOW YOU MAY BE TIRED OF
           6  HEARING THIS, BUT IT'S IMPORTANT, PLEASE DO NOT DISCUSS THE
           7  CASE AMONG YOURSELVES OR WITH ANYONE; DO NOT ALLOW ANYONE TO
           8  DISCUSS THE CASE WITH YOU; DO NOT READ, WATCH OR LISTEN TO ANY
           9  NEWS ACCOUNTS OF THE CASE, IF ANY; DO NOT DO ANY INDEPENDENT
          10  RESEARCH WHATSOEVER; DO NOT GO ON THE INTERNET, LOOK AT
          11  DICTIONARIES, ET CETERA; AND PLEASE CONTINUE TO HAVE AN OPEN
          12  MIND.
          13              OKAY.  SO WITH THAT, YOU'RE WELCOME TO LEAVE YOUR
          14  PERSONAL BELONGINGS IN THE JURY ROOM; ALTHOUGH, WE CAN'T
12:09:28  15  GUARANTEE THEIR SAFETY, BUT YOU'RE CERTAINLY WELCOME TO DO
          16  THAT.  SO, ISN'T THAT SCARY?  WELL, IF I DIDN'T SAY THAT, YOU
          17  KNOW -- EVERYTHING IN LIFE HAS TO HAVE A DISCLAIMER.  RIGHT?
          18  IT'S JUST THE WAY IT WORKS.  SO ANYWAY, WE'LL SEE YOU BACK IN
          19  THERE AT 12:40.  OKAY.  HAVE A WONDERFUL LUNCH.  THANK YOU.
          20  AND COUNSEL, WE ARE ONCE AGAIN IN RECESS.  THANK YOU.
          21              (RECESS.)
          22  (THE FOLLOWING PROCEEDINGS WERE HELD OUTSIDE THE PRESENCE OF
          23  THE JURY PANEL.)
          24              THE COURT:  ALL RIGHT.  WELCOME BACK.  COUNSEL, I
          25  RECEIVED A NOTE.  IT SAYS:  WE HAVE A VERDICT.  THANK YOU.
```

14:39:56   1  APPARENTLY, SIGNED BY JUROR NUMBER SIX.
           2              NOW, BEFORE I BRING THE JURY IN -- THIS IS A REALLY
           3  LENGTHY VERDICT.  NORMALLY, I HAVE MY COURTROOM DEPUTY READ THE
           4  VERDICT OUT LOUD, BUT SINCE IT'S SO LENGTHY, I WOULD PROPOSE
           5  THAT RATHER THAN READING THE QUESTIONS AND SO ON, WHERE IT
           6  CALLS FOR A YES OR NO, THAT HE SIMPLY SAY QUESTION ONE, YES OR
           7  NO.  IS THAT ACCEPTABLE TO YOU FOLKS?
           8              MR. O'HARE:  I THINK IT'S FINE, PROVIDED THE NUMBER
           9  OF THE QUESTIONS, FOR EXAMPLE, HAVE PARTS; SO IT WOULD HAVE TO
          10  SAY QUESTION ONE, INDEPENDENT CLAIM ONE, INDEPENDENT CLAIM
          11  THREE.  SO AS LONG AS WE GO THROUGH EACH PART OF THE FORM.
          12              THE COURT:  ALL RIGHT.  WITHOUT READING EVERYTHING
          13  ELSE.
          14              MR. O'HARE:  WITHOUT READING THE ACTUAL QUESTION, IF
14:41:00  15  THAT'S OKAY WITH COUNSEL.
          16              MR. THOMAS:  THAT'S FINE WITH ME, YOUR HONOR.
          17              THE COURT:  ALL RIGHT.  DO YOU UNDERSTAND, GLENN?
          18              THE CLERK:  GOT IT, JUDGE.
          19              THE COURT:  OKAY.  IN THAT CASE, GEORGE, DO ME A
          20  FAVOR AND BRING IN THE JURY.
          21              (JURY PRESENT.)
          22              THE COURT:  WELCOME BACK.  I SEE THAT WE HAVE ALL
          23  EIGHT JURORS HERE IN THE COURTROOM TODAY.  I JUST WANTED TO SEE
          24  IF ANYBODY ELSE WAS LISTENING, THAT'S ALL.  MAKING SURE
          25  EVERYONE IS AWAKE.  ALL RIGHT.  LADIES AND GENTLEMEN, I HAVE A

```
14:42:16    1   NOTE THAT SAYS, NUMBER SIX:  WE HAVE A VERDICT.  THANK YOU.
            2   AND THEN IT IS SIGNED.  IS IT CORRECT THAT YOU HAVE A VERDICT?
            3            PROSPECTIVE JUROR:  YES, SIR.
            4            THE COURT:  IF YOU DO, DO ME A FAVOR, PLEASE DELIVER
            5   IT TO MY BAILIFF WHO WILL THEN DELIVER IT TO ME.  THANK YOU.
            6            OKAY.  HERE YOU GO, GLENN.
            7            THE CLERK:  THANK YOU, JUDGE.
            8            UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF
            9   CALIFORNIA, WHITEWATER WEST INDUSTRIES, LTD., A CANADIAN
           10   CORPORATION, PLAINTIFF, VERSUS PACIFIC SURF DESIGNS, INC., A
           11   DELAWARE CORPORATION, AND FLOW SERVICES, INC., A CALIFORNIA
           12   CORPORATION, DEFENDANTS; CASE NUMBER 17-CV-1118-BEN-BLM.
           13   VERDICT.
           14            AS TO QUESTION ONE, THE FOLLOWING CLAIMS:
14:44:54   15            INDEPENDENT NUMBER 1, ANSWER:  NO.
           16            INDEPENDENT CLAIM 17, ANSWER:  NO.
           17            INDEPENDENT CLAIM 24, ANSWER:  NO.
           18            INDEPENDENT CLAIM 37, ANSWER:  NO.
           19            INDEPENDENT CLAIM 42, ANSWER:  NO.
           20            AS TO QUESTION TWO:
           21            INDEPENDENT CLAIM NUMBER 1, ANSWER:  NO.
           22            INDEPENDENT CLAIM 17, ANSWER:  NO.
           23            INDEPENDENT CLAIM 24, ANSWER:  NO.
           24            INDEPENDENT CLAIM 37, ANSWER:  NO.
           25            INDEPENDENT CLAIM 42, ANSWER:  NO.
```

```
14:45:52   1              AS TO QUESTION NUMBER THREE:
           2              INDEPENDENT CLAIM NUMBER 1, ANSWER:  NO.
           3              INDEPENDENT CLAIM 17, ANSWER:  NO.
           4              INDEPENDENT CLAIM 24, ANSWER:  NO.
           5              INDEPENDENT CLAIM 37, ANSWER:  NO.
           6              INDEPENDENT CLAIM 42, ANSWER:  NO.
           7              QUESTION FOUR:  HAS WHITEWATER PROVEN THAT IT IS MORE
           8    LIKELY THAN NOT THAT PSD'S INFRINGEMENT WAS WILLFUL?  ANSWER:
           9    NO.
          10              QUESTION FIVE, AS TO INDEPENDENT CLAIM NUMBER 17,
          11    ANSWER:  NO.
          12              QUESTION NUMBER SIX, AS TO INDEPENDENT CLAIM NUMBER
          13    17, ANSWER:  NO.
          14              QUESTION SEVEN:  HAS WHITEWATER PROVEN THAT IT IS
14:46:55  15    MORE LIKELY THAN NOT THAT FS'S INFRINGEMENT WAS WILLFUL?
          16    ANSWER:  NO.
          17              FINDINGS ON INVALIDITY DEFENSES:
          18              QUESTION 8, CLAIM 1:  YES.
          19              CLAIM 3:  YES.
          20              CLAIM 13:  YES.
          21              CLAIM 15:  YES.
          22              CLAIM 17:  YES.
          23              CLAIM 24:  YES.
          24              CLAIM 25:  YES.
          25              CLAIM 26:  YES.
```

```
14:47:33    1                    CLAIM 27:  YES.
            2                    CLAIM 29:  YES.
            3                    CLAIM 30:  YES.
            4                    CLAIM 37:  YES.
            5                    CLAIM 42:  YES.
            6                    CLAIM 43:  YES.
            7              PROCEEDING TO QUESTION NUMBER 10, ADVISORY FINDINGS
            8   ON OBVIOUSNESS.  JURY'S ANSWER IS, SECTION A:  A PERSON WITH
            9   SKILL IN DESIGNING, MANUFACTURING OR REFURBISHING WATER RIDE
           10   ATTRACTIONS.
           11              SECTION C, JURY ANSWERS:  THERE IS NO DIFFERENCE
           12   BETWEEN SCOPE OF INVENTION AND WHAT IS KNOWN IN PRIOR ART,
           13   PARENTHESES, FOR PSD AND FS.
           14              SECTION D:  FOR COMMERCIAL SUCCESS OF A PRODUCT DUE
14:48:53   15   TO THE MERITS OF THE CLAIMED INVENTION, ANSWER:  NO.
           16              A LONG FELT NEED FOR THE SOLUTION THAT IS PROVIDED BY
           17   THE CLAIMED INVENTION, ANSWER:  NO.
           18              COPYING OF THE CLAIMED INVENTION BY OTHERS, ANSWER:
           19   NO.
           20              ACCEPTANCE BY OTHERS OF THE CLAIMED INVENTION AS
           21   SHOWN BY PRAISE FROM OTHERS IN THE FIELD OR FROM THE LICENSING
           22   OF THE CLAIMED INVENTION, ANSWER:  NO.
           23              QUESTION:  DO YOU FIND THAT PSD AND FS HAVE PROVEN BY
           24   CLEAR AND CONVINCING EVIDENCE THAT EACH LISTED CLAIM OF THE
           25   '589 PATENT WOULD HAVE BEEN OBVIOUS TO A PERSON OF ORDINARY
```

```
14:49:45   1    SKILL IN THE FIELD AT THE TIME THE PATENT APPLICATION WAS
           2    FILED?  AS TO CLAIM 1, ANSWER:  YES.
           3              CLAIM 3, ANSWER:  YES.
           4              CLAIM 13, ANSWER:  YES.
           5              CLAIM 15, ANSWER:  YES.
           6              CLAIM 17, ANSWER:  YES.
           7              CLAIM 24, ANSWER:  YES.
           8              CLAIM 25, ANSWER:  YES.
           9              CLAIM 26, ANSWER:  YES.
          10              CLAIM 27, ANSWER:  YES.
          11              CLAIM 29, ANSWER:  YES.
          12              CLAIM 30, ANSWER:  YES.
          13              CLAIM 37, ANSWER:  YES.
          14              CLAIM 42, ANSWER:  YES.
14:50:39  15              CLAIM 43, ANSWER:  YES.
          16              ADVISORY FINDINGS ON EQUITABLE CONDUCT:
          17              QUESTION 11, ANSWER: YES.
          18              QUESTION 12, ANSWER:  NO.
          19              DATED DECEMBER 18, 2019, SIGNED, NANCY
          20   EASERDAY(PHONETIC), JURY FOREPERSON.
          21              LADIES AND GENTLEMEN OF THE JURY, ARE THESE YOUR
          22   VERDICTS AS PRESENTED AND READ IN THE CASE OF WHITEWATER WEST
          23   INDUSTRIES, LIMITED, VERSUS PACIFIC SURF DESIGN, INC., AND FLOW
          24   SERVICES, INC., DEFENDANTS, SO SAY YOU ALL?
          25              ALL JURORS:  YES.
```

```
14:51:27   1              THE COURT:  ALL RIGHT.  DOES THE PLAINTIFF WISH THE
           2   JUROR POLLED?
           3              MR. THOMAS:  NO, YOUR HONOR.  I'M SORRY.
           4              THE COURT:  ALL RIGHT.  DOES THE DEFENDANT WISH THE
           5   JURY POLLED?
           6              MR. THOMAS:  NO, YOUR HONOR.
           7              THE COURT:  ALL RIGHT.  IN THAT CASE, LADIES AND
           8   GENTLEMEN, LET ME EXTEND TO YOU MY UTMOST THANKS FOR YOU GIVING
           9   US YOUR TIME.  WE KNOW THAT SERVING ON JURY DUTY IS PROBABLY,
          10   FOR MANY PEOPLE IT'S RIGHT UP THERE WITH GOING TO THE DENTIST.
          11   OKAY?  IT'S NOT REALLY SOMETHING THAT YOU WANT TO, THAT YOU
          12   WANT TO DO.  BUT AS BOTH COUNSEL POINTED OUT TO YOU, IT'S AN
          13   ESSENTIAL PART OF OUR SYSTEM.  IT'S AN ESSENTIAL PART OF OUR
          14   DEMOCRACY.  THERE'S SOMETHING ABOUT BRINGING PEOPLE INTO A
14:52:27  15   COURTROOM THAT HAVE NO SKIN IN THE GAME, KNOW NOTHING ABOUT THE
          16   PARTIES, KNOW NOTHING ABOUT THE ISSUES, WHO HEAR THE EVIDENCE
          17   AND THEN BRING THEIR RESPECTIVE JUDGMENTS TO THE CASE AND COME
          18   UP WITH A SOLUTION.
          19              CAN I ASK A QUESTION HOW MANY OF YOU HAVE SERVED ON A
          20   JURY BEFORE?  OKAY.  SO FOUR OF YOU HAVE NEVER SERVED BEFORE.
          21   SO NOW THE NEXT TIME THAT YOU HEAR ABOUT A JURY, WHETHER IT'S A
          22   CRIMINAL OR CIVIL CASE, NOW YOU'LL KNOW WHAT IT IS THAT THEY'VE
          23   BEEN THROUGH AND WHAT THEY'VE DONE, WHAT THEY'VE SEEN, WHAT
          24   THEY'VE EXPERIENCED.  HOPEFULLY THIS WASN'T TOO PAINFUL FOR
          25   YOU.  WE TRIED TO MAKE IT AS EASY AND PAINLESS AS WE POSSIBLY
```

```
14:53:06   1   COULD.
           2              NOW I HAVE TO TELL YOU SOMETHING.  SO I WAS
           3   APPOINTED; I'M APPOINTED FOR LIFE.  I DON'T HAVE TO WORRY ABOUT
           4   GETTING A RAISE.  I DON'T HAVE TO WORRY ABOUT GETTING A
           5   PROMOTION.  I DON'T REALLY HAVE TO WORRY ABOUT GETTING FIRED.
           6   I'M SORT OF AT THE END OF MY CAREER; SO I HAVE ABSOLUTELY NO
           7   DESIRE WHATSOEVER TO FLATTER ANYONE.  I HAVE TO TELL YOU, IN MY
           8   EXPERIENCE, I'VE BEEN A JUDGE NOW FOR 20 -- I THINK IT'S 23
           9   YEARS -- THIS HAS BEEN ONE OF THE BEST TRIALS I'VE EVER
          10   PRESIDED OVER.  COUNSEL WERE EXCEPTIONAL ON BOTH SIDES.  THEY
          11   DID SUCH AN OUTSTANDING JOB.  THERE WAS NO BICKERING.  THEY GOT
          12   ALONG.  THEY PRESENTED SOME OF THE BEST CLOSING ARGUMENTS I
          13   HAVE EVER HEARD.  AND I WANT TO THANK THEM IN FRONT OF YOU SO
          14   THAT YOU KNOW THAT THEY WERE WONDERFUL; THEY WERE TERRIFIC.  I
14:54:02  15   WISH EVERY TRIAL I HAD WAS AS GOOD AS THIS, AND IF IT WAS, I'D
          16   PROBABLY STAY ON THE BENCH ANOTHER 20 YEARS.  THEY'D HAVE TO
          17   TRULY CARRY ME OUT.  UNFORTUNATELY, IT'S NOT ALWAYS THAT WAY.
          18              SO NOW I'VE GIVEN YOU AN ADMONITION BEFORE THAT
          19   YOU'RE TIRED OF HEARING.  I'M NOW GOING TO DO THE FOLLOWING:
          20   I'M GOING TO RELIEVE YOU OF THAT ADMONITION.  THAT ADMONITION
          21   NO LONGER APPLIES.  YOU'RE PERFECTLY ALLOWED TO TALK TO ANYONE
          22   OR NO ONE ABOUT THE CASE OR ANYTHING HAVING TO DO WITH THE
          23   CASE, WITH ONE EXCEPTION.  THERE IS A REASON WHY WE PUT YOU IN
          24   THAT ROOM AND WHY WE CLOSE THE DOOR AND NOT ALLOW ANYONE ELSE
          25   IN THERE.  AND THE REASON WHY WE DO THAT IS BECAUSE WE WANT YOU
```

```
14:54:49   1    TO BE ABLE TO BE FRANK AND CANDID AND EXPECT THAT YOUR
           2    CONVERSATIONS WILL BE CONFIDENTIAL.
           3              SO I WOULD URGE YOU NOT TO DISCUSS ANYTHING THAT
           4    HAPPENED IN THAT JURY DELIBERATION ROOM WITH ANYONE.  NOW, I
           5    DON'T WANT TO SAY THEY'RE OLD, BUT THEY'RE EXPERIENCED LAWYERS.
           6    THEY'VE BEEN AROUND.  AND THE WAY THEY'VE GOTTEN AS GOOD AS
           7    THEY'VE BECOME IS BECAUSE I'M SURE THEY HAVE IN THE PAST TALKED
           8    TO JURORS AND ASKED THEM:  WHAT WAS IT ABOUT OUR PRESENTATION
           9    THAT YOU LIKED AND YOU DID NOT LIKE?  THERE'S SOME YOUNG
          10    LAWYERS INVOLVED AS WELL WHO WILL HOPEFULLY SOME DAY THEMSELVES
          11    BECOME REALLY GREAT LAWYERS.
          12              SO I WOULD ENCOURAGE YOU TO TALK TO THEM ABOUT THEIR
          13    PRESENTATION, NOT SO MUCH THE EVIDENCE, BUT CERTAINLY THEIR
          14    PRESENTATION; WHAT YOU LIKED, WHAT YOU BELIEVED, WHAT YOU DID
14:55:51  15    NOT BELIEVE, WHAT SEEMED TO BE AUTHENTIC, WHAT DID NOT SEEM TO
          16    BE AUTHENTIC.  OKAY?  NOW AS I SAID, YOU HAVE NO OBLIGATION TO
          17    TALK TO ANYONE.  I ASSURE YOU THIS IS NOT GOING TO HAPPEN WITH
          18    THESE LAWYERS BUT I HAVE TO TELL YOU THIS:  IF YOU CHOOSE NOT
          19    TO TALK TO SOMEONE, ALL YOU HAVE TO SAY IS, I'M SORRY, I DON'T
          20    WANT TO TALK ABOUT IT.  OKAY?  IF THEY PERSIST IN BUGGING YOU,
          21    LET ME KNOW.  SEND ME A LITTLE NOTE; CALL MY COURTROOM DEPUTY;
          22    LET ME KNOW.  I'LL MAKE IT STOP.  I PROMISE.  IT'S NOT GOING TO
          23    HAPPEN, I ASSURE YOU.  BUT AS I SAID, YOU HAVE TO HAVE
          24    DISCLAIMERS, RIGHT?  EVERYBODY HAS DISCLAIMERS.
          25              SO WITH THAT, ON BEHALF OF ALL COUNSEL, ON BEHALF OF
```

14:56:37  1  BOTH PARTIES, ON BEHALF OF MY STAFF, ON BEHALF OF OUR CHIEF
2  JUDGE OF OUR SOUTHERN DISTRICT, JUDGE LARRY BURNS, AND FROM THE
3  BOTTOM OF MY HEART FROM ME, I THANK YOU FOR GIVING US YOUR
4  TIME.  NOW I BELIEVE, I BELIEVE THAT YOU HAVE TO -- WHAT'S THE
5  DEAL WITH THE 1099 FORM?
6           THE CLERK:  IT'S DONE.  THEY DON'T NEED IT.
7           THE COURT:  IT'S DONE.  IN THAT CASE, NEVER MIND.
8  WELL, YOU'RE GOING TO GET A LITTLE CHRISTMAS BONUS FROM THE
9  FEDERAL GOVERNMENT FOR YOUR SERVICE WITH US OVER THE LAST TWO
10 AND A HALF WEEKS.  SO WITH THAT, I THANK YOU VERY MUCH, AND I
11 WISH YOU A WONDERFUL REST OF YOUR DAY AND WONDERFUL LIFE.
12 PLEASE GO BACK TO THE JURY LOUNGE; LET THEM KNOW YOU'RE
13 FINISHED WITH THIS TRIAL.  THEY'RE NOT GOING TO ASSIGN YOU TO
14 ANOTHER TRIAL THIS WEEK, I ASSURE YOU, BUT GO BACK THERE AND
14:57:30 15 TELL THEM YOU'RE DONE.  OKAY.  LEAVE YOUR NOTES.  WE'LL DESTROY
16 YOUR NOTES.  MAKE SURE YOU TAKE ALL YOUR PERSONAL BELONGINGS.
17 OKAY.  THANK YOU VERY MUCH.
18 (THE FOLLOWING PROCEEDINGS WERE HELD OUTSIDE THE PRESENCE OF
19 THE JURY PANEL.)
20          THE COURT:  ALL RIGHT.  WELL, LISTEN, I MEANT EVERY
21 WORD I SAID.  THIS WAS A -- YOU WERE SO PREPARED.  YOU WERE SO
22 THOROUGH.  I WILL ADMIT THERE WERE TIMES DURING THE PRETRIAL
23 STUFF THAT I THOUGHT YOU WEREN'T -- HOPED YOU WEREN'T SO
24 THOROUGH, BUT YOU WERE.  I REALLY DID ENJOY YOUR PRESENTATIONS.
25 I HAVE TO TELL YOU, FRANKLY, IF THE CASE HAD BEEN TRIED TO ME,

```
14:59:08   1   I THINK I PROBABLY WOULD HAVE ARRIVED AT A PRETTY CLOSE TO THE
           2   SAME VERDICT THAT THE JURY CAME UP WITH.  I WAS HOPING YOU
           3   FOLKS WOULD SIT DOWN AND BE ABLE TO WORK THIS OUT BECAUSE I
           4   THOUGHT THIS COULD BE A WIN-WIN SITUATION FOR BOTH SIDES.  BUT
           5   YOU KNOW, SOMETIMES THINGS GO THAT WAY.  I WANT TO THANK YOU
           6   FOR BEING SO PROFESSIONAL, COURTEOUS, COURTEOUS WITH MY STAFF.
           7   UNLESS THERE'S ANYTHING ELSE, THIS HEARING IS ADJOURNED.
           8           MR. THOMAS:  THANK YOU, YOUR HONOR.  IT WAS A
           9   PLEASURE BEING IN YOUR COURTROOM.  AND YOU MENTIONED THE
          10   PRETRIAL STUFF; I DON'T KNOW IF YOU KNEW THIS OR NOT, BUT WE
          11   SUBSTITUTED IN THIS CASE 30 DAYS BEFORE THE CASE, WE WENT TO
          12   TRIAL.
          13           THE COURT:  I KNEW THAT.
          14           MR. THOMAS:  WE WERE NOT INVOLVED IN THE HISTORY OF
14:59:54  15   THIS, BUT IT WAS QUITE A CHALLENGE TO TAKE A CASE LIKE THIS
          16   OVER 30 DAYS AND RUN WITH IT.
          17           MR. O'HARE:  NEITHER WAS I; SINCE WE'RE ALL DOING
          18   DISCLAIMERS, I GOT INVOLVED IN THE CASE AT THE END AS WELL.
          19           MR. O'HARE:  MR. O'HARE, I'M GOING TO TELL YOU
          20   SOMETHING.  MY SON'S FATHER-IN-LAW, I SUSPECT IF I PUT MY SON'S
          21   FATHER-IN-LAW AND PUT HIM NEXT TO YOU, YOU TWO WOULD BE ALMOST
          22   TWINS.  HE MIGHT BE A LITTLE TALLER THAN YOU, A LITTLE HEAVIER
          23   THAN YOU.  YOU LOOK ALMOST IDENTICAL.  YOUR SPEECH PATTERNS ARE
          24   ALMOST THE SAME.  YOUR VOICE IS THE SAME.  YOUR MANNERISMS ARE
          25   THE SAME.  I TELL YOU, EVERY TIME I LOOK AT YOU, I WOULD THINK
```

```
15:00:42   1   BY SON'S FATHER-IN-LAW, WHO I LOVE DEARLY, WHO IS A GREAT

           2   FRIEND OF MINE, AND I JUST COULDN'T HELP IT.  SO YOU HAVE A

           3   TWIN OUT THERE.  I JUST WANT YOU TO KNOW THAT.

           4            MR. O'HARE:  WHAT'S HIS LAST NAME?

           5            THE COURT:  THYNE, T-H-Y-N-E.

           6            MR. O'HARE:  WOULD THAT BE WELSH?

           7            THE COURT:  I UNDERSTAND IT'S IRISH, VERY IRISH.

           8            MR. O'HARE:  WELL, I SHOULD KNOW THAT -- O'HARE.  SO

           9   I'LL CALL HIM COUSIN THYNE.

          10            THE COURT:  ALL RIGHT.  FOLKS, TAKE CARE.  IT'S BEEN

          11   A PLEASURE.

          12            (MATTER CONCLUDED.)

          13                 C-E-R-T-I-F-I-C-A-T-I-O-N

          14

                    I HEREBY CERTIFY THAT I AM A DULY APPOINTED, QUALIFIED
          15   AND ACTING OFFICIAL COURT REPORTER FOR THE UNITED STATES
               DISTRICT COURT; THAT THE FOREGOING IS A TRUE AND CORRECT
          16   TRANSCRIPT OF THE PROCEEDINGS HAD IN THE AFOREMENTIONED CAUSE;
               THAT SAID TRANSCRIPT IS A TRUE AND CORRECT TRANSCRIPTION OF MY
          17   STENOGRAPHIC NOTES; AND THAT THE FORMAT USED HEREIN COMPLIES
               WITH THE RULES AND REQUIREMENTS OF THE UNITED STATES JUDICIAL
          18   CONFERENCE.

          19            DATED: JANUARY 29, 2020, AT SAN DIEGO, CALIFORNIA.

          20

          21                      /S/ JULIET Y. EICHENLAUB
                                  JULIET Y. EICHENLAUB, RPR, CSR
          22                      OFFICIAL COURT REPORTER
                                  CERTIFIED SHORTHAND REPORTER NO. 12084
          23

          24

          25
```