1  JOSEPH E. THOMAS (State Bar No. 101443)
   *jthomas@twtlaw.com*
2  WILLIAM J. KOLEGRAFF (State Bar No. 183861)
   *wkolegraff@twtlaw.com*
3  GRANT J. THOMAS (State Bar No. 325011)
   *gthomas@twtlaw.com*
4  **THOMAS WHITELAW & KOLEGRAFF LLP**
   18101 Von Karman Avenue, Suite 230
5  Irvine, California 92612-7132
   Telephone:  (949) 679-6400
6  Facsimile:   (949) 679-6405

7  Attorneys for Defendants

8

9

10                **UNITED STATES DISTRICT COURT**

11                **SOUTHERN DISTRICT OF CALIFORNIA**

12

| WHITEWATER WEST INDUSTRIES, LTD., a Canadian corporation,<br><br>           Plaintiff,<br><br>      vs.<br><br>PACIFIC SURF DESIGNS, INC., a Delaware corporation, and FLOW SERVICES, INC., a California corporation,<br><br>           Defendants. | CASE NO. 3:17-cv-01118-BEN-BLM<br><br>**NOTICE OF WITHDRAWAL OF DOCKET 368**<br><br>The Hon. Roger T. Benitez |
|---|---|

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants withdraw Dockets 368, 368-1 and 368-2. and will file a revised motion reflecting a new hearing date of November 23, 2020 as provided by the clerk of this Court for Defendant's Notice of Motion and Motion for Attorneys' Fees Under 35 U.S.C. §285. This Notice of Motion and the Memorandum of Points and Authorities will be replaced with Docket 369. The accompanying Declarations of Charanjit Brahma and Joseph Thomas along with their exhibits will also be replaced with 369-1, and 369-2.

DATED:  October 13, 2020              THOMAS, WHITELAW & KOLEGRAFF LLP


By:      /s/ Joseph E. Thomas
         JOSEPH E. THOMAS
         Attorney for Defendants

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on October 13, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

DATED:  October 13, 2020            THOMAS, WHITELAW & KOLEGRAFF LLP


                                    By:    /s/ Joseph E. Thomas
                                           JOSEPH E. THOMAS
                                           Attorney for Defendants