JOSEPH E. THOMAS (State Bar No. 101443)
jthomas@twtlaw.com
WILLIAM J. KOLEGRAFF (State Bar No. 183861)
wkolegraff@twtlaw.com
GRANT J. THOMAS (State Bar No, 325011)
gthomas@twtlaw.com
**THOMAS WHITELAW & KOLEGRAFF LLP**
18101 Von Karman Avenue, Suite 230
Irvine, California 92612-7132
Telephone:   (949) 679-6400
Facsimile:    (949) 679-6405

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER WEST INDUSTRIES, LTD., a Canadian corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC SURF DESIGNS, INC., a Delaware corporation and FLOW SERVICES, INC., a California Corporation,<br><br>Defendants. | CASE NO. 3:17-cv-01118-BEN-BLM<br><br>**DECLARATION OF WILLIAM J. KOLEGRAFF IN SUPPORT OF DEFENDANTS' SUPPLEMENT TO MOTION FOR ATTORNEYS' FEES AND COSTS UNDER 35 U.S.C. §285 (ECF 369)**<br><br>The Hon. Roger T. Benitez<br>Courtroom: 5A |

#400870v1                                                        3:17-cv-01118-BEN-BLM

# DECLARATION OF WILLIAM J. KOLEGRAFF

I, William J. Kolegraff, declare:

1. I am an attorney duly admitted to practice law in the State of California and am a partner with Thomas Whitelaw & Kolegraff LLP, attorneys of record for Defendants Pacific Surf Designs, Inc. and Flow Services, Inc. in the above-entitled action. I am one of the attorneys responsible for the handling of the above matter. If called as a witness, I could and would testify competently as to the facts set forth below, as I know each to be true based upon my own personal knowledge or upon my review of the files and records maintained by Thomas Whitelaw & Kolegraff LLP in the regular course of its representation of the Defendants. I submit this Declaration in support of Defendants' Supplement to Their Motion for Attorney's Fees Under U.S.C. §285.

2. On September 29, 2020, the Court entered Judgement for this case (ECF 366) in favor of Defendants Pacific Surf Designs, Inc. and Flow Services, Inc. (collectively, "PSD") and against Plaintiff Whitewater West Industries, Ltd. ("Whitewater").

3. On October 13, 2020, PSD timely filed their motion requesting that the Court find this case exceptional, and award attorney's fees and costs pursuant to 35 U.S.C. §285 (ECF 369). PSD included detailed spreadsheets in support of its fee and cost requests (ECF 369-1 through ECF 369-2). On November 10, 2020, Whitewater filed its Opposition (ECF 375), and on November 16, 2020, PSD filed their Reply (ECF 377).

4. In its motion, PSD seek fees for the First Lawsuit filed by Whitewater entities in 2014, for the Second Lawsuit filed by Whitewater entities in August 2015, and for this Third Lawsuit, filed in June 2017. Troutman Sanders ("Troutman") was lead counsel for the entire Second Lawsuit and was lead counsel in the Third Lawsuit until October 31, 2019. At that time, Thomas Whitelaw &

#400870v1   3:17-cv-01118-BEN-BLM

Kolegraff ("TWK") substituted into the case and became lead counsel, which was just 6 weeks prior to the start of trial.

5. Due to its late entry into the case, in preparing its Motion of Attorney's Fees and the subsequent Reply, TWK relied heavily on input and guidance from prior counsel at Troutman. Concurrent with the Third Lawsuit, Troutman was also lead trial counsel in another case that Whitewater had brought against PSD: *Whitewater West Indus., Ltd. v. Alleshouse, et al.,* Case No. 17-cv-00501 ("the *Alleshouse* matter"). Troutman managed both the *Alleshouse* matter at the District Court level and the Third Lawsuit up until October 31, 2019. The two cases overlapped substantially in time, attorneys, parties, witnesses, and experts.

6. Whitewater won the bench trial on the *Alleshouse* matter, and PSD filed an appeal with the Federal Circuit Court of Appeals. On November 19, 2020, the Federal Circuit overturned the *Alleshouse* matter in its entirety (*Whitewater West Industries, Ltd. v. Alleshouse*, Nos. 19-01852, 19-02323 (Fed. Cir.)).Accordingly, PSD became entitled to its fees and costs in the *Alleshouse* matter under the operable contract fee shifting provision.

7. In its Motion for Attorney's Fees (ECF 369), PSD requested expert witness fees for Mr. Lewis, Mr. Pribonic, Mr. Carmichael, and Amica Law (ECF 369, pgs. 22-23). In reviewing witness fees requested for Mr. Lewis, PSD became aware that witness fees were included for him that pertain to the *Alleshouse* matter. The other experts are not changed in this Supplement. In the Declaration of Justin Lewis, Mr. Lewis allocates his fees and costs between this matter and the *Alleshouse* matter. The list below reflects the allocation to this matter by Mr. Lewis for invoices prior to Oct. 31, 2019:

<u>Invoice Date</u>

May 31, 2017      $ 5,000 (unchanged for original request)

May 31, 2018      $ 47,740 (unchanged for original request)

| | | |
|---|---|---|
| 1 | June 30, 2018 | $ 51,695 (reduced pursuant to re-issue invoice) |
| 2 | Aug. 31, 2018 | $ 6,693 (reduced pursuant to re-issue invoice) |
| 3 | Sept. 30, 2018 | $ 9,825 (reduced pursuant to re-issue invoice) |
| 4 | Oct. 31, 2018 | $ 28,846 (unchanged for original request) |
| 5 | **TOTAL** | **$149,799 (Mr. Lewis' fees prior to Oct. 31, 2019)** |

8. This updated allocation is reflected in Mr. Lewis's witness "Fees Prior to Oct. 31, 2019".

9. Below is a summary of the total expert witness fees now requested:

Mr. Lewis:
    Fees Prior to Oct. 31, 2019.:    $149,799 (¶ 7, above)
    Fees After Oct. 31, 2019    $ 60,954 (no change)
    Costs After Oct. 31, 2019    $ 2,055 (no change)

Mr. Pribonic:
    Fees Prior to Oct. 31, 2019:    $ 22,225 (no change)
    Fees After Oct. 31, 2019    $ 18,900 (no change)
    Costs After Oct. 31, 2019    $ 2,036 (no change)

Mr. Carmichael:
    Fees Prior to Oct. 31, 2019:    $ 79,659 (no change)

Amica Law:
    Fees Prior to Oct. 31, 2019:    $ 8,500 (no change)
    Costs Prior to Oct. 31, 2019:    $ 1,070 (no change)

**TOTAL EXPERT WITNESS FEES $345,198**

10. In its Reply (ECF 377, ¶6), PSD sought $2,411,153 for the Third Lawsuit, which includes $1,399,339 for Troutman Attorney's Fees (See Exhibit A-

#400870v1    3:17-cv-01118-BEN-BLM

1, modified A-1 spreadsheet.) Upon further review of the modified A-1 spreadsheet, two entries contain typographical errors as follows:

    a.    Line item 605 shows "CF" billed 8.8 hrs. for a total of $33,872. A typographical error added an erroneous "3" before "3,872". Line item 605 should be changed to show "CF" billed 8.8 hours at the rate of $440/hr for a total of $3,872, for a reduction of $30,000.

    b.    Line item 428 shows "SBH" billed 0.3 hrs. for a total of $585.00. A typographical error had an inflated billing rate. Line item 428 should be changed to show "SBH" billed 0.3 hours at the rate of $195/hr. for a total of $58.50, for a reduction of $527.

    c.    Accordingly, the amount requested for Troutman Attorney's Fees is reduced by $30,527, for a total of $1,368,812. This adjusts the total requested for the Third Lawsuit to $2,380,626.

11. As set forth in the Reply (ECF 377), PSD seek their fees from the Second Lawsuit (August 2015) in the amount of $1,412,247. This number remains the same as requested in the Reply (ECF 377)

12. As set forth in the Reply (ECF 377), PSD seek their fees from the First Lawsuit (2014) in the amount of $4,280. This number remains the same as requested in the Reply (ECF 377)

13. The total award as now requested is summarized below:

| | |
|---|---|
| Third Lawsuit (¶ 9, above) | $2,380,622 (reduced) |
| Experts in Third Lawsuit (¶ 11, above) | $ 345,198 (reduced) |
| Second Lawsuit (Reply, ECF 377) | $1,412,247 (unchanged) |
| First Lawsuit (Reply, ECF 377) | $    4,280 (unchanged) |
| **TOTAL REQUEST** | **$4,142,351** |

I declare under penalty of perjury under the laws of the United States of

America that the foregoing is true and correct.

    Executed January 14, 2021, at Irvine, California.

                                              */s/ William J. Kolegraff*
                                              William J. Kolegraff
                                              Attorney for Defendants

**Certificate of Service**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on January 14, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

DATED: January 14, 2021         THOMAS WHITELAW & KOLEGRAFF LLP

By:   */s/ Tierra Mendiola*
Tierra Mendiola, Senior Paralegal
Thomas Whitelaw & Kolegraff

#400870v1                                                3:17-cv-01118-BEN-BLM