JOSEPH E. THOMAS (State Bar No. 101443)
*jthomas@twtlaw.com*
WILLIAM J. KOLEGRAFF (State Bar No. 183861)
*wkolegraff@twtlaw.com*
GRANT J. THOMAS (State Bar No, 325011)
*gthomas@twtlaw.com*
**THOMAS WHITELAW & KOLEGRAFF LLP**
18101 Von Karman Avenue, Suite 230
Irvine, California 92612-7132
Telephone:   (949) 679-6400
Facsimile:    (949) 679-6405

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER WEST INDUSTRIES, LTD., a Canadian corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC SURF DESIGNS, INC., a Delaware corporation and FLOW SERVICES, INC., a California Corporation,<br><br>Defendants. | CASE NO. 3:17-cv-01118-BEN-BLM<br><br>**DECLARATION OF JUSTIN LEWIS IN SUPPORT OF DEFENDANTS SUPPLEMENT TO MOTION FOR ATTORNEY'S FEES AND COSTS UNDER 35 U.S.C. §285 (ECF 369)**<br><br>The Hon. Roger T. Benitez<br>Courtroom: 5A |

# DECLARATION OF JUSTIN LEWIS

I, Justin Lewis, declare as follows:

1. I make this declaration based on my own personal knowledge, and if called to testify as to the matters set forth herein, could and would do so competently.

2. I work for a consultation firm Ocean Tomo, L.L.C. and provided expert trial testimony regarding damages on behalf of Defendants in this matter. My qualifications as an expert were presented at trial without objection. My full *curriculum vitae* has been presented as Exhibit A-5 to Charanjit Brahma's Declaration in support of Defendants' Motion for Fees and is not repeated here. *See* ECF 369-1 at pgs. 108-115.

3. In addition to my expert testimony in this case, I also provided expert testimony on a co-pending case regarding the same parties, again without objection. That co-pending case is captioned: *Whitewater West Industries, Ltd. v. Richard Alleshouse, Yong Yeh and Pacific Surf Designs, Inc.*, Case No. 3:17-CV-00501-DMS-NLS (the "*Alleshouse*" matter).

4. Manuel de la Cerra, an attorney for Pacific Surf Designs, Inc. in the *Alleshouse* matter, contacted me on January 12, 2021 regarding the Ocean Tomo invoices submitted in the pending fees motion for this case. He asked that I review the invoices submitted as Exhibit A-6 to the Declaration of Charanjit Brahma's (ECF 369-1, pgs. 116-142) and Exhibit B-5 to the Joseph Thomas Declaration (ECF 369-2, pgs. 68-76), both of which were in support of the Defendants' Motion for Fees (ECF 369).

5. I reviewed these invoices with my team and found that some of the work in those invoices was directed to the co-pending *Alleshouse* matter.

6. The following is an accurate allocation of the expert fee's charged to Pacific Surf Designs, Inc. as between the present case (no. 3:17-cv-01118-BEN-BLM) and the co-pending *Alleshouse* case (no. 3:17-CV-00501-DMS-NLS):

| Invoice Date | Invoice Location (ECF, page no.) | Total Amount | Amount to 17-CV-00501 | Amount to 17-cv-01118 |
|---|---|---|---|---|
| 30-Jun-18 | 369-1, pgs. 126-128 | $77,543.00 | $25847.67 | $51695.33 |
| 31-Aug-18 | 369-1, pgs. 130-132 | $66,931.00 | $60237.90 | $6693.10 |
| 14-Sep-18 | 369-1, pg. 134 | $2,351.25 | $2351.25 | $0.00 |
| 30-Sep-18 | 369-1, pgs. 136-138 | $49,126.00 | $39300.80 | $9825.2 |

7. Of the invoices included in the declarations of Mr. Brahma and Mr. Thomas, a total of $127,737.62 is directed to the co-pending case *Alleshouse* – i.e., case no. 3:17-CV-00501-DMS-NLS – and not the present case.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed January 13, 2021 at Orinda, California.

Justin Lewis